Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTONIO GUIMARAES, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PEOPLE'S UNITED BANK,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:13-cv-11087-DPW<br>)<br>)<br>)<br>)<br>) |

## **PLAINTIFF ANTONIO GUIMARAES' LOCAL RULE 16.1(d)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(d)(3), the undersigned certifies that Antonio Guimaraes and counsel have conferred: (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs outlined in L.R. 16.4.

1

Exhibit A                                              2

| | |
|---|---|
| ANTONIO GUIMARAES., | ANTONIO GUIMARAES, <br> By his attorneys, |
| */s/ Antonio Guimaraes* | */s/ Gary F. Lynch* <br><br> glynch@carlsonlynch.com <br> CARLSON LYNCH LTD <br> PNC Park <br> 115 Federal Street, Suite 210 <br> Pittsburgh, Pennsylvania 15212 <br> Phone: (412) 322-9243 <br> Fax: (412) 231-0246 <br><br> James W. Simpson, Jr. <br> BBO #634344 <br> Jwsimpson11@verizon.net <br> 100 Concord Street, Suite 3B <br> Framingham, MA 01702 <br> Phone:  (508) 872-0002 <br> Fax:  (508) 464-0464 |

Dated:  August 29, 2013