Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANTONIO GUIMARAES, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:13-cv-11087 |
| PEOPLE'S UNITED BANK, | ) ) ) | |
| Defendant. | ) ) ) | |

## PEOPLE'S UNITED BANK'S LOCAL RULE 16.1(d)(3) CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), the undersigned certify that People's United Bank and

its counsel have conferred: (a) with a view to establishing a budget for the costs of conducting

the full course - and various alternative courses - of the litigation; and (b) to consider the

resolution of this litigation through the use of alternative dispute resolution programs outlined in

L.R. 16.4.

Authorized Representative of              PEOPLE'S UNITED BANK,
PEOPLE'S UNITED BANK,                     By its attorneys


/s/   William J. Kelleher, III            /s/ Christina L. Lewis
William J. Kelleher, III                  William R. Grimm (BBO # 212120)
First VP, Corporate Counsel               Christina L. Lewis (BBO #666715)
                                          Hinckley, Allen & Snyder LLP
                                          28 State Street
                                          Boston, MA  02109
                                          Phone: (617) 345-9000
                                          Fax: (617) 345-9020
                                          Email: wgrimm@haslaw.com
                                                  clewis@haslaw.com

Exhibit B

## **<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that on this 3rd day of September, 2013, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

<u>/s/ Christina L. Lewis</u>